IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

<div style="margin-left: 2em;">
United States District Court<br>
For the Northern District of California
</div>

| | |
|---|---|
| ALVIN JACKSON, | No. C 06-03234 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CINGULAR WIRELESS, ET AL., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 2, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 31, 2007.

DESIGNATION OF EXPERTS: 7/30/07; REBUTTAL: 8/13/07.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 31, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by June 15, 2007;

Opp. Due June 29, 2007; Reply Due July 6, 2007;

and set for hearing no later than July 20, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 18, 2007 at 3:30 PM.

JURY TRIAL DATE: October 1, 2007 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 8 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation in January 2007. By September 15, 2006, counsel shall inform the Court of the mediator selected and the date of the mediation session.

The deadline to amend the complaint and/or join parties is September 29, 2006.

The parties stipulate that an amended answer may be filed.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/21/06

*Susan Illston*

SUSAN ILLSTON
United States District Judge