David R. Ongaro, Bar No. 154698
  dongaro@perkinscoie.com
Jonmi N. Koo, Bar No. 233136
  jkoo@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants
CINGULAR WIRELESS and STEVEN JAEGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CINGULAR WIRELESS, STEVEN JAEGER, and DOES ONE through TWENTY, inclusive,<br><br>        Defendants. | Case No. C 06-03234 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY FEBRUARY 27, 2007 COURT ORDER** |

**WHEREAS**, the Court entered an Order on February 27, 2007, compelling Defendant Cingular Wireless ("Cingular") to produce Ms. Sue Knox for deposition on or before March 2, 2007;

**WHEREAS**, scheduling conflicts and the logistics of arranging for and traveling to a deposition in Denver, Colorado, on short notice have made it difficult, if not impossible, for Cingular to comply with the Order;

**WHEREAS**, Ms. Knox will be available in San Francisco for deposition on March 9, 2007;

**WHEREAS**, Plaintiff's counsel will also be available on March 9, 2007, for Ms. Knox's deposition;

STIPULATION AND [PROPOSED] ORDER TO MODIFY FEBRUARY 27, 2007 COURT ORDER
CASE NO. C 06-03234 SI
LEGAL13064752.1

**THEREFORE**, it is stipulated and agreed between Cingular, on the one hand, and Plaintiff, on the other, by and through their respective counsel, that:

    (1)    Cingular shall produce Ms. Knox for deposition on March 9, 2007, at 10:00 AM, at Plaintiff's counsel's offices, located at 180 Montgomery Street, Suite 940, San Francisco, California 94104;

    (2)    The Court's February 27, 2007 Order shall be modified to allow Cingular to produce Ms. Knox for deposition on March 9, 2007.

DATED: March 1, 2007

**PERKINS COIE LLP**

By: /s/
David R. Ongaro

Attorney for Defendants
CINGULAR WIRELESS and STEVEN JAEGER

DATED: March 1, 2007

**LAW OFFICES OF STEPHEN MURPHY**

By: /s/
Steven M. Murphy

Attorney for Plaintiff
ALVIN JACKSON

**IT IS SO ORDERED.**

DATED:

By: *[signature]*
Judge Susan Illston

- 2 -

STIPULATION AND [PROPOSED] ORDER TO MODIFY FEBRUARY 27, 2007 COURT ORDER
CASE NO. C 06-03234 SI
LEGAL13064752.1