IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN JACKSON, | No. C 06-03234 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE TO RALPH HARDY RE: DEPOSITION** |
| v. | |
| CINGULAR WIRELESS, et al., | |
| Defendants. | |

Defendant Cingular Wireless represents that it properly subpoenaed Mr. Ralph Hardy to attend a deposition in this case and that Mr. Hardy has failed to appear for deposition on two separate occasions. Mr. Hardy's testimony may be material to the resolution of this dispute, and it is therefore important to complete his deposition prior to a mediation scheduled for April 17, 2007.

Mr. Ralph Hardy is therefore **ORDERED TO APPEAR for and give his deposition, at a time and location to be arranged with counsel for Cingular Wireless, no later than April 16, 2007 or alternatively ORDERED TO SHOW CAUSE by personal appearance on Friday, April 13, 2007 at 9:00 a.m. in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, why he should not be held in contempt of this Court for failure to obey its subpoena**.

Defendant Cingular is ORDERED to serve a copy of this ORDER on Mr. Hardy no later than close of business, Friday, April 6, 2007.

**IT IS SO ORDERED.**

Dated: April 4, 2007

Susan Illston

SUSAN ILLSTON
United States District Judge